**UNITED STATES OF AMERICA**
**MERIT SYSTEMS PROTECTION BOARD**

IN RE ANNISTON DEPOT,
GROUPS 1-10,[1]

        Appellants,

        v.

DEPARTMENT OF THE ARMY,

        Agency.

DOCKET NUMBERS
AT-0752-14-0146-I-1 (GROUP 1)
AT-0752-14-0201-I-1 (GROUP 2)
AT-0752-14-0206-I-1 (GROUP 3)
AT-0752-14-0199-I-1 (GROUP 4)
AT-0752-14-0213-I-1 (GROUP 5)
AT-0752-14-0293-I-1 (GROUP 6)
AT-0752-14-0166-I-1 (GROUP 7)
AT-0752-14-0240-I-1 (GROUP 8)
AT-0752-14-0301-I-1 (GROUP 9)
AT-0752-14-0194-I-1 (GROUP 10)

DATE: APRIL 27, 2015

# THIS FINAL ORDER IS NONPRECEDENTIAL[2]

Ray VanSchoubroek and Charles T. Barclay, Local 1945, American Federation of Government Employees, Bynum, Alabama, for the appellants.

Ozia Scott, Local 54, American Federation of Government Employees, Fort Benning, Georgia, for the appellants.

Susan B. Bennett, Joseph H. Doyle, and Polly E. Russell, Esquire, Anniston, Alabama, for the agency.

Christine Kachan, Esquire, Warren, Michigan, for the agency.

---

[1] The appellants that are included in this consolidation are set forth in Appendices A-J to this order.

[2] A nonprecedential order is one that the Board has determined does not add significantly to the body of MSPB case law. Parties may cite nonprecedential orders, but such orders have no precedential value; the Board and administrative judges are not required to follow or distinguish them in any future decisions. In contrast, a precedential decision issued as an Opinion and Order has been identified by the Board as significantly contributing to the Board's case law. *See* 5 C.F.R. § 1201.117(c).

**BEFORE**

Susan Tsui Grundmann, Chairman
Mark A. Robbins, Member

**FINAL ORDER**

¶1   The appellants have filed petitions for review of the initial decisions, which affirmed their furloughs.  Generally, we grant petitions such as this one only when:  the initial decisions contain erroneous findings of material fact; the initial decisions are based on an erroneous interpretation of statute or regulation or the erroneous application of the law to the facts of the case; the judges' rulings during either the course of the appeal or the initial decisions were not consistent with required procedures or involved an abuse of discretion, and the resulting error affected the outcome of the case; or new and material evidence or legal argument is available that, despite the petitioners' due diligence, was not available when the record closed.  *See* Title 5 of the Code of Federal Regulations, section 1201.115 (5 C.F.R. § 1201.115).  After fully considering the filings in this appeal, and based on the following points and authorities, we conclude that the petitioners have not established any basis under section 1201.115 for granting the petitions for review.  Therefore, we DENY the petitions for review and AFFIRM the initial decisions, which are now the Board's final decisions.  5 C.F.R. § 1201.113(b).

¶2   A number of similarly-situated employees from the Anniston Army Depot (ANAD) appealed the agency's decisions to furlough them for 6 days in July and August 2013.  *See, e.g.*, MSPB Docket No. AT-0752-14-0146-I-1, Group 1 Consolidated Appeal File (G1CAF), Tab 1 at 1, Tab 11 at 1.  The individual appeals were consolidated into ten groups.  *See, e.g.*, G1CAF, Tab 1 at 1-2.  Administrative Judge Brian Bohlen presided over groups 1-5, while Administrative Judge Richard Vitaris presided over groups 6-10.  *See* G1CAF, Tab 11 at 1.

¶3        After jointly holding a single hearing for all appellants in groups 1-10, each administrative judge issued an initial decision for their respective groups.[3] G1CAF, Tab 19 (Hearing Compact Disk), Tab 20, Group 1-5 Initial Decision (G1-5 ID); MSPB Docket No. AT-0752-14-0293-I-1, Group 6 Consolidated Appeal File (G6CAF), Tab 8, Group 6-10 Initial Decision (G6-10 ID). For groups 1-5, Administrative Judge Bohlen reversed the furlough of one appellant[4] but affirmed the furloughs of all others. G1-5 ID at 2. For groups 6-10, Administrative Judge Vitaris dismissed the appeals of four individuals as withdrawn but affirmed the furloughs of all the remaining appellants. G6-10 ID at 2.

¶4        The Board first received a petition for review for groups 1-5 and then received a second petition for review for groups 1-10,[5] *see, e.g.*, G1PFR File, Tabs 1-2. The Board construed these filings as a petition for review and a supplement to the petition for review for groups 1-5, *see, e.g.*, G1PFR File, Tabs 1-2, appealing the groups 1-5 initial decision, and construed the second petition for review as a petition for review in groups 6-10,[6] *see, e.g.*, MSPB Docket No. AT-0752-14-0293-I-1, Group 6 Petition for Review (G6PFR) File, Tab 1, appealing the groups 6-10 initial decision. Both petitions were filed on

---

[3] For groups 1-5, the administrative judge issued a separate initial decision for each group. The initial decisions issued in groups 1-5 are identical, except for the issuance date, as the administrative judge issued these initial decisions on and between August 12, 2014, and August 15, 2014. For groups 6-10, the administrative judge issued a separate initial decision for each group. The initial decisions issued in groups 6-10 are identical, except for the issuance date, as the administrative judge issued these initial decisions on and between August 13, 2014, and August 15, 2014.

[4] Neither party sought review of the decision to reverse that appellant's furlough. *See* MSPB Docket No. AT-0752-14-0146-I-1, Group 1 Petition for Review (G1PFR) File, Tabs 1-2; *see generally Hay v. Department of the Army*, MSPB Docket No. AT-0752-13-2397-I-1.

[5] The second petition for review refers to "6-10" in the caption; however, the filing includes docket numbers for groups 1-10. G1PFR File, Tab 2.

[6] Throughout this order, the Board refers to both the petition for review and the supplement to the petition for review as "the petition for review."

behalf of those appellants represented by the American Federation of Government Employees (AFGE) in the applicable groups, *see, e.g.*, G1PFR File, Tab 3 at 4; G6PFR File, Tab 2 at 3. The agency has filed a response. *E.g.*, G1PFR File, Tab 4.

¶5        As a preliminary matter, we have further consolidated the groups 1-5 consolidation and the groups 6-10 consolidation to address the petition for review AFGE filed on behalf of both. *See* 5 C.F.R. § 1201.36(b) (consolidation is appropriate if doing so would expedite processing and not adversely affect the interests of the parties); *see also Prouty v. General Services Administration*, 122 M.S.P.R. 117, ¶ 1 (2014) (consolidating cases on review that were adjudicated separately below). Accordingly, this final order applies to all of the appellants in groups 1-10, represented by AFGE, whose furloughs were upheld below.

¶6        As to the merits of their petition for review, the appellants assert that the agency failed to comply with discovery requests below regarding overtime records; the amount of money saved by furloughing ANAD employees; and records identifying employees funded from several specific accounts. G1PFR File, Tab 1 at 2-3, Tab 2 at 2-3. They suggest that proper responses to their discovery requests may have shown that the agency should have exempted some appellants from the furloughs based upon the funding for their positions, or that the furlough ultimately cost the agency more money than it saved. G1PFR File, Tab 1 at 3, Tab 2 at 3. We discern no basis for disturbing the initial decisions.

¶7        Parties are expected to start and complete discovery with minimum Board intervention. 5 C.F.R. § 1201.71. Generally, the Board only becomes involved in discovery matters if a party files a motion to compel. *See King v. Department of the Navy*, 98 M.S.P.R. 547, ¶ 10 (2005), *aff'd*, 167 F. App'x 191 (Fed. Cir. 2006); *see also* 5 C.F.R. § 1201.73(c)(1), (d)(3) (containing instructions and time limits for filing a motion to compel).

¶8     At the outset of the appeals below, the administrative judges provided basic discovery instructions to the appellants and referred them to the applicable regulations. *E.g.*, G1CAF, Tab 1 at 4-5 (citing 5 C.F.R. §§ 1201.71-.75). Subsequently, in a March 14, 2014 order scheduling a status conference, the administrative judges noted that they had received a discovery request and response pertaining to the groups 1-5 consolidation. G1CAF, Tab 9 at 2. However, the order also went on to note, "[w]hile it is clear that the agency opposes [counsel's] discovery request, the matter is not yet properly before the Board because the appellant has not filed a Motion to Compel the discovery in accordance with 5 C.F.R. § 1201.73." *Id*.

¶9     After the aforementioned notice, the administrative judges held status and prehearing conferences, but the corresponding summaries contain no indication that the parties had any ongoing discovery dispute. *See* G1CAF, Tabs 11, 17. In addition, the appellants never filed a motion to compel regarding any discovery request. Nevertheless, the appellants suggest that the Board should grant review because they now have further reason to believe their discovery requests were pertinent. *See* G1PFR File, Tab 1 at 2-3, Tab 2 at 2-3. The appellants argue that they exercised due diligence in attempting to obtain this information below by requesting it twice from the agency. G1PFR File, Tab 1 at 2-3, Tab 2 at 2-3. We disagree.

¶10     Because the appellants did not pursue any discovery dispute they may have had by filing a motion to compel below, we decline to address the issue for the first time on review. *See Deloach v. Department of the Air Force*, 108 M.S.P.R. 485, ¶ 15 n.2 (2008) (declining to address an argument regarding the agency's failure to respond to discovery requests in the absence of a motion to compel discovery filed with the administrative judge); *see also Banks v. Department of the Air Force*, 4 M.S.P.R. 268, 271 (1980) (the Board generally will not consider an argument raised for the first time in a petition for review absent a showing that it is based on new and material evidence not previously available despite the

party's due diligence); *Avansino v. U.S. Postal Service*, 3 M.S.P.R. 211, 214 (1980) (under 5 C.F.R. § 1201.115, the Board generally will not consider evidence submitted for the first time on review absent a showing that it was unavailable before the record was closed despite the party's due diligence). Therefore, in the absence of any other arguments on review, the appellants have presented no basis for disturbing the initial decisions. *See Broughton v. Department of Health & Human Services*, 33 M.S.P.R. 357, 359 (1987) (there is no reason to disturb the administrative judge's conclusions when they reflect that he considered the evidence as a whole, drew appropriate inferences, and made reasoned conclusions).

## NOTICE TO THE APPELLANTS REGARDING YOUR FURTHER REVIEW RIGHTS

You have the right to request review of this final decision by the United States Court of Appeals for the Federal Circuit. You must submit your request to the court at the following address:

United States Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

The court must receive your request for review no later than 60 calendar days after the date of this order. *See* 5 U.S.C. § 7703(b)(1)(A) (as rev. eff. Dec. 27, 2012). If you choose to file, be very careful to file on time. The court has held that normally it does not have the authority to waive this statutory deadline and that filings that do not comply with the deadline must be dismissed. *See Pinat v. Office of Personnel Management*, 931 F.2d 1544 (Fed. Cir. 1991).

If you need further information about your right to appeal this decision to court, you should refer to the federal law that gives you this right. It is found in Title 5 of the United States Code, section 7703 (5 U.S.C. § 7703) (as rev. eff. Dec. 27, 2012). You may read this law as well as other sections of the United

States Code, at our website, http://www.mspb.gov/appeals/uscode.htm. Additional information is available at the court's website, www.cafc.uscourts.gov. Of particular relevance is the court's "Guide for Pro Se Petitioners and Appellants," which is contained within the court's Rules of Practice, and Forms 5, 6, and 11.

If you are interested in securing pro bono representation for your court appeal, you may visit our website at http://www.mspb.gov/probono for a list of attorneys who have expressed interest in providing pro bono representation for Merit Systems Protection Board appellants before the court. The Merit Systems Protection Board neither endorses the services provided by any attorney nor warrants that any attorney will accept representation in a given case.


FOR THE BOARD:          _____
                        William D. Spencer
                        Clerk of the Board

Washington, D.C.

APPENDIX A

In re Anniston Depot, Group 1
AT-0752-14-0146-I-1


| | |
|---|---|
| Angie E. Broadwell | AT-0752-13-7124-I-1 |
| Anthony W. Bittle | AT-0752-13-4483-I-1 |
| Anthony W. Bundrum | AT-0752-13-6541-I-1 |
| Antoinne L. Borden | AT-0752-13-5154-I-1 |
| Antonio L. Allen | AT-0752-13-4158-I-1 |
| Antwone L. Allen | AT-0752-13-5227-I-1 |
| Arlie K. Blizzard | AT-0752-13-4068-I-1 |
| Arthur Burden | AT-0752-13-5446-I-1 |
| Arthur L. Bryant | AT-0752-13-4510-I-1 |
| Benny D. Bruno | AT-0752-13-5445-I-1 |
| Brad Bennett | AT-0752-13-5719-I-1 |
| Bradley E. Baker | AT-0752-13-4660-I-1 |
| Bradley L. Ashley | AT-0752-13-3487-I-1 |
| Brandan T. Belser | AT-0752-13-4941-I-1 |
| Brandon S. Brown | AT-0752-13-4548-I-1 |
| Brant K. Beavers | AT-0752-13-6237-I-1 |
| Calvin L. Ball | AT-0752-13-3890-I-1 |
| Charles Scott Bunch | AT-0752-13-3891-I-1 |
| Charles T. Barclay | AT-0752-13-6619-I-1 |
| Christopher D. Bright | AT-0752-13-6180-I-1 |
| Christopher S. Black | AT-0752-13-5959-I-1 |
| Connie L. Brown | AT-0752-13-4033-I-1 |
| Dale T. Atkins | AT-0752-13-4508-I-1 |
| Daniel P. Burford | AT-0752-13-4443-I-1 |

| | |
|---|---|
| Daniel W. Angel | AT-0752-13-4464-I-1 |
| Daniele L. Battles | AT-0752-13-4821-I-1 |
| David Bannister | AT-0752-13-6726-I-1 |
| David S. Boyd | AT-0752-13-4503-I-1 |
| Della R. Bell | AT-0752-13-5696-I-1 |
| Detrick B. Brown | AT-0752-13-5355-I-1 |
| Diane H. Buchanan | AT-0752-13-5386-I-1 |
| Donald Brooks | AT-0752-13-4145-I-1 |
| Donny L. Broughton | AT-0752-13-5455-I-1 |
| Doris L. Askew | AT-0752-13-3495-I-1 |
| Dustin P. Brown | AT-0752-13-4137-I-1 |
| Dwyane L. Anderson | AT-0752-13-6375-I-1 |
| Elbert H. Bullock | AT-0752-13-5694-I-1 |
| Erica P. Akles | AT-0752-13-6101-I-1 |
| Ervin Barclay | AT-0752-13-6739-I-1 |
| Evelyn M. Bivins | AT-0752-13-4485-I-1 |
| Frederick L. Brown | AT-0752-13-6265-I-1 |
| Gerald L. Byrdsong | AT-0752-13-7327-I-1 |
| Gorden Borden | AT-0752-13-3892-I-1 |
| Grant A. Broome | AT-0752-13-2429-I-1 |
| Heather L. Belcher | AT-0752-13-7304-I-1 |
| James T. Butterworth | AT-0752-13-5058-I-1 |
| Jared W. Bussie | AT-0752-13-6662-I-1 |
| Jason R. Ballenger | AT-0752-13-6278-I-1 |
| Jason R. Bussey | AT-0752-13-5241-I-1 |
| Javarius A. Burton | AT-0752-13-5406-I-1 |
| Jeffrey R. Bearden | AT-0752-13-6121-I-1 |
| Jermaine Bradford | AT-0752-13-6618-I-1 |
| Jerry Boone | AT-0752-13-4787-I-1 |

| | |
|---|---|
| Jimmy L. Bain | AT-0752-13-4831-I-1 |
| Jimmy N. Bright | AT-0752-13-5701-I-1 |
| John D. Ashley | AT-0752-13-5235-I-1 |
| John T. Brady | AT-0752-13-3360-I-1 |
| Joseph W. Baker | AT-0752-13-6915-I-1 |
| Joshua C. Bishop | AT-0752-13-3437-I-1 |
| Joshua H. Austin | AT-0752-13-5372-I-1 |
| Keith N. Ballinger | AT-0752-13-5011-I-1 |
| Kenneth R. Beason | AT-0752-13-4853-I-1 |
| LaMonica A. Allison | AT-0752-13-6068-I-1 |
| Larry E. Abernathy | AT-0752-13-6669-I-1 |
| Linda A. Allen | AT-0752-13-3270-I-1 |
| Marcus D. Briskey | AT-0752-13-4811-I-1 |
| Marcus T. Brown | AT-0752-13-4851-I-1 |
| Melvin Bynum | AT-0752-13-4153-I-1 |
| Melvin C. Benn | AT-0752-13-5966-I-1 |
| Michael D. Allen | AT-0752-13-4179-I-1 |
| Michael J. Ashley | AT-0752-13-6343-I-1 |
| Michael R. Bailey | AT-0752-13-5283-I-1 |
| Michael T. Belcher | AT-0752-13-6367-I-1 |
| Michelle L. Austin | AT-0752-13-4171-I-1 |
| Milton L. Bostick | AT-0752-13-6271-I-1 |
| Mitchell W. Ball | AT-0752-13-4150-I-1 |
| Monty H. Austin | AT-0752-13-4141-I-1 |
| Natalie S. Bethune | AT-0752-13-4473-I-1 |
| Nicholas Arnold | AT-0752-13-4549-I-1 |
| Ollice Allison | AT-0752-13-5197-I-1 |
| Onealia L. Bonner | AT-0752-13-3900-I-1 |
| Perry D. Bittle | AT-0752-13-4102-I-1 |

| | |
|---|---|
| Phyllis D. Beck | AT-0752-13-5184-I-1 |
| Raymond T. Beard | AT-0752-13-6080-I-1 |
| Reginald D. Barclay | AT-0752-13-5066-I-1 |
| Rex A. Brown | AT-0752-13-6597-I-1 |
| Rickey J. Brown | AT-0752-13-6141-I-1 |
| Rihcard R. Ash | AT-0752-13-5874-I-1 |
| Robert B. Bailey | AT-0752-13-6642-I-1 |
| Ronnie D. Bleas | AT-0752-13-6374-I-1 |
| Russell J. Bryan | AT-0752-13-5836-I-1 |
| Ruth A. Bundrum | AT-0752-13-6737-I-1 |
| Shane L. Armbrester | AT-0752-13-6046-I-1 |
| Shannon J. Arrowood | AT-0752-13-5982-I-1 |
| Shelia J. Battle | AT-0752-13-5135-I-1 |
| Sherry B. Burford | AT-0752-13-7145-I-1 |
| Stanley C. Bennett | AT-0752-13-4048-I-1 |
| Stephanie A. Boyd | AT-0752-13-6680-I-1 |
| Stephen L. Batey | AT-0752-13-5680-I-1 |
| Steven O. Allen | AT-0752-13-4465-I-1 |
| Tara T. Almon | AT-0752-13-4470-I-1 |
| Tarin V. Baxter | AT-0752-13-3706-I-1 |
| Thomas L. Bradley | AT-0752-13-6672-I-1 |
| Thomas M. Bergstresser | AT-0752-13-5978-I-1 |
| Timothy B. Atchley | AT-0752-13-4525-I-1 |
| Tony L. Ball | AT-0752-13-4030-I-1 |
| Tracy M. Bushey | AT-0752-13-5383-I-1 |
| Trinity L. Brown | AT-0752-13-4128-I-1 |
| Tyler B. Almaroad | AT-0752-13-4492-I-1 |
| Wallace F. Braden | AT-0752-13-5737-I-1 |
| Willard L. Bradley | AT-0752-13-3355-I-1 |

| | |
|---|---|
| William E. Beavers | AT-0752-13-6069-I-1 |
| William T. Allen | AT-0752-13-4114-I-1 |
| Wylline Brooks | AT-0752-13-4676-I-1 |
| Zachary R. Bell | AT-0752-13-4469-I-1 |
| Zachery T. Bolton | AT-0752-13-4184-I-1 |

APPENDIX B

In Re  Anniston Depot, Group 2
AT-0752-14-0201-I-1

| | |
|---|---|
| Adam L. Clifton | AT-0752-13-5628-I-1 |
| Alonzo D. Calloway | AT-0752-13-3505-I-1 |
| Alphonso Calloway | AT-0752-13-4523-I-1 |
| Andrew J. Denson | AT-0752-13-7332-I-1 |
| Andrew M. Davis | AT-0752-13-6730-I-1 |
| Angela M. Davis | AT-0752-13-4233-I-1 |
| Angela R. Conner | AT-0752-13-4195-I-1 |
| Anthony Davis Cook | AT-0752-13-2368-I-1 |
| Anthony J. Cochran | AT-0752-13-4203-I-1 |
| Anthony L. Diamond | AT-0752-13-5424-I-1 |
| Avery R. Dupree | AT-0752-13-4828-I-1 |
| Barbara H. Cunningham | AT-0752-13-5411-I-1 |
| Billy G. Craft | AT-0752-13-7414-I-1 |
| Brenda F. Dyer | AT-0752-13-6930-I-1 |
| Brian P. Capps | AT-0752-13-5988-I-1 |
| Caleria R. Cameron | AT-0752-13-6652-I-1 |
| Celeste A. Dial | AT-0752-13-4516-I-1 |
| Charles C. Crump | AT-0752-13-5432-I-1 |
| Charles L. Cagle | AT-0752-13-4800-I-1 |
| Charles M. Denney | AT-0752-13-6335-I-1 |
| Charles T. Chatman | AT-0752-13-5444-I-1 |
| Christopher L. Davidson | AT-0752-13-4511-I-1 |
| Cody W. Doss | AT-0752-13-5961-I-1 |
| Curtis C. Davis | AT-0752-13-5720-I-1 |

| | |
|---|---|
| Dallas O. Cooper | AT-0752-13-5376-I-1 |
| Daniel T. Clisby | AT-0752-13-5350-I-1 |
| David D. Dumas | AT-0752-13-4022-I-1 |
| David L. Coleman | AT-0752-13-4207-I-1 |
| Debbie L. Dunn | AT-0752-13-6648-I-1 |
| Debra A. Cavender | AT-0752-13-4494-I-1 |
| Debra G. Denny | AT-0752-13-4032-I-1 |
| Demone S. Carr | AT-0752-13-6054-I-1 |
| Desiree A. Conaway | AT-0752-13-4182-I-1 |
| Dorothy A. Campbell | AT-0752-13-6348-I-1 |
| Dusty H. Dustin | AT-0752-13-5685-I-1 |
| Earl D. Daniel | AT-0752-13-5027-I-1 |
| Eli H. Careaga | AT-0752-13-6699-I-1 |
| Eric R. Cronan | AT-0752-13-3718-I-1 |
| Frank S. Colvin | AT-0752-13-6371-I-1 |
| Fred Collins | AT-0752-13-5450-I-1 |
| Frederick M. Caver | AT-0752-13-5208-I-1 |
| Gregory Crews | AT-0752-13-5439-I-1 |
| Gregory D. Craver | AT-0752-13-6332-I-1 |
| Gregory O. Dansby | AT-0752-13-4773-I-1 |
| Harry F. Campbell | AT-0752-13-3705-I-1 |
| Heath A. Carr | AT-0752-13-4106-I-1 |
| Henry L. Douthitt | AT-0752-13-3526-I-1 |
| James A. Collins | AT-0752-13-3478-I-1 |
| James C. Clemmons | AT-0752-13-4018-I-1 |
| James E. Curry | AT-0752-13-2393-I-1 |
| James L. Duckett | AT-0752-13-4855-I-1 |
| James M. Camp | AT-0752-13-4212-I-1 |
| James M. Crosby | AT-0752-13-4965-I-1 |

| | |
|---|---|
| James S. Creel | AT-0752-13-3896-I-1 |
| James W. Cox | AT-0752-13-6845-I-1 |
| Jeanetta D. Daniel | AT-0752-13-3712-I-1 |
| Jeffrey M. Dickerson | AT-0752-13-4175-I-1 |
| Jerome Douthitt | AT-0752-13-3350-I-1 |
| John D. Clark | AT-0752-13-4490-I-1 |
| Joseph P. Cobb | AT-0752-13-4573-I-1 |
| Joseph Robert Cole | AT-0752-13-4478-I-1 |
| Joshua C. Carter | AT-0752-13-3889-I-1 |
| Justin P. Cotton | AT-0752-13-6340-I-1 |
| Juston P. Daniel | AT-0752-13-6074-I-1 |
| Kara Elizabeth Coffman | AT-0752-13-4687-I-1 |
| Kawanna N. Cole | AT-0752-13-4546-I-1 |
| Kenneth B. Cochran | AT-0752-13-3572-I-1 |
| Kenneth E. Dishman | AT-0752-13-5394-I-1 |
| Kennita A. Campbell | AT-0752-13-4125-I-1 |
| Kesetta A. Cook | AT-0752-13-4245-I-1 |
| LaKesia S. Douthitt | AT-0752-13-6206-I-1 |
| Laura L. Chandler | AT-0752-13-6044-I-1 |
| Leslie W. Cupo | AT-0752-13-6656-I-1 |
| Linda F. Dial | AT-0752-13-4950-I-1 |
| Matthew Dunnaville | AT-0752-13-3988-I-1 |
| Michael A. Dawson | AT-0752-13-6349-I-1 |
| Michael Gregory Cunningham | AT-0752-13-4123-I-1 |
| Michael J. Casalini | AT-0752-13-5749-I-1 |
| Michael L. Dothard | AT-0752-13-6484-I-1 |
| Michael S. Coheely | AT-0752-13-4838-I-1 |
| Nicholas A. Cobb | AT-0752-13-4860-I-1 |
| Nutosha R. Curry | AT-0752-13-5428-I-1 |

| | |
|---|---|
| Phillip D. Coleman | AT-0752-13-6345-I-1 |
| Phillip Glenn Cupp | AT-0752-13-4481-I-1 |
| Phyllis C. Crosson | AT-0752-13-5948-I-1 |
| Reginald Dates | AT-0752-13-6840-I-1 |
| Richard B. Cooper | AT-0752-13-5059-I-1 |
| Richard S. Davis | AT-0752-13-4138-I-1 |
| Roberson L. Driggers | AT-0752-13-4450-I-1 |
| Robert M. Camp | AT-0752-13-5442-I-1 |
| Rodney C. Dorsett | AT-0752-13-3710-I-1 |
| Roy A. Coats | AT-0752-13-3888-I-1 |
| Shawn W. Dominquez | AT-0752-13-4805-I-1 |
| Stacey D. Coker | AT-0752-13-4472-I-1 |
| Stanley Caver | AT-0752-13-4496-I-1 |
| Stephen L. Carroll | AT-0752-13-5167-I-1 |
| Steven E. Carter | AT-0752-13-3899-I-1 |
| Stevie L. Daniels | AT-0752-13-4760-I-1 |
| Tavarus L. Cosper | AT-0752-13-4020-I-1 |
| Terry C. Clements | AT-0752-13-4486-I-1 |
| Terry O. Dodd | AT-0752-13-4961-I-1 |
| Tiffany R. Curry | AT-0752-13-6649-I-1 |
| Timothy C. Davis | AT-0752-13-5230-I-1 |
| Timothy W. Conner | AT-0752-13-6903-I-1 |
| Tommy F. Cheatwood | AT-0752-13-5222-I-1 |
| Tommy G. Dulaney | AT-0752-13-6593-I-1 |
| Tony J. Curry | AT-0752-13-6043-I-1 |
| Ureca L. Cook | AT-0752-13-6747-I-1 |
| Vincent L. Dupree | AT-0752-13-4810-I-1 |
| Warren D. Christopher | AT-0752-13-5989-I-1 |
| Wesley K. Davison | AT-0752-13-5417-I-1 |

William B. Cook                          AT-0752-13-3854-I-1

William E. Cunningham                     AT-0752-13-6062-I-1

APPENDIX C

In Re Anniston Depot, Group III
AT-0752-14-0206-I-1


| | |
|---|---|
| Aaron L. Glasgow | AT-0752-13-4521-I-1 |
| Allen S. Gray | AT-0752-13-4886-I-1 |
| Anthony K. Ellison | AT-0752-13-3886-I-1 |
| Barry T. Fuller | AT-0752-13-5194-I-1 |
| Barry W. Gatlin | AT-0752-13-6887-I-1 |
| Bradley W. Gardner | AT-0752-13-3555-I-1 |
| Brenda C. Freeman | AT-0752-13-3302-I-1 |
| Bruce E. Garrett | AT-0752-13-3430-I-1 |
| Carlos L. Gonzalez | AT-0752-13-5817-I-1 |
| Celeste Y. Elston-Calhoun | AT-0752-13-5542-I-1 |
| Chaulsie L. Ervin | AT-0752-13-6684-I-1 |
| Christopher C. Goodwin | AT-0752-13-3208-I-1 |
| Corey E. Giles | AT-0752-13-6713-I-1 |
| Craig Garyey | AT-0752-13-4824-I-1 |
| Darry T. Elston | AT-0752-13-6250-I-1 |
| David L. Funderburg | AT-0752-13-5590-I-1 |
| Dexter L. Elston | AT-0752-13-4850-I-1 |
| Diana L. Gaither | AT-0752-13-4477-I-1 |
| Don A. Fomby | AT-0752-13-4197-I-1 |
| Don E. Gleaton | AT-0752-13-5051-I-1 |
| Donelius Embry | AT-0752-13-5174-I-1 |
| Doris C. Gaither | AT-0752-13-6111-I-1 |
| Eugene E. Grimmett | AT-0752-13-4474-I-1 |
| George V. Ellis | AT-0752-13-5111-I-1 |

| | |
|---|---|
| Gloria E. Franks | AT-0752-13-6356-I-1 |
| Harry Gilliam | AT-0752-13-7329-I-1 |
| Harvester English | AT-0752-14-0296-I-1 |
| Harvester S. English | AT-0752-13-5888-I-1 |
| Holli N. Eubanks | AT-0752-13-3728-I-1 |
| Iesheia Lashay Garrett | AT-0752-13-6359-I-1 |
| James A. Goss | AT-0752-13-4835-I-1 |
| James S. Fincher | AT-0752-13-4468-I-1 |
| Jarrod C. Greenwood | AT-0752-13-4149-I-1 |
| Jasmine S. Flenord | AT-0752-13-5123-I-1 |
| Jason Bradley Freeman | AT-0752-13-5218-I-1 |
| Jeremy J. Gowan | AT-0752-13-5057-I-1 |
| Jeromy Lane Gaither | AT-0752-13-4513-I-1 |
| Jerrell W. Gladden | AT-0752-13-6566-I-1 |
| Jerry W. Ford | AT-0752-13-3274-I-1 |
| Jesse O. Edwards | AT-0752-13-5093-I-1 |
| Jimmie L. Felton | AT-0752-13-4098-I-1 |
| John E. Flood | AT-0752-13-4480-I-1 |
| John T. Gill | AT-0752-13-7019-I-1 |
| John W. Elliot | AT-0752-13-6806-I-1 |
| Joshua E. Embry | AT-0752-13-4255-I-1 |
| Juddson L. Gedgondas | AT-0752-13-5407-I-1 |
| Kenneth R. Emory | AT-0752-13-3734-I-1 |
| Kimothy V. Gilbert | AT-0752-13-5260-I-1 |
| La'Shevia Danyell Gaddis | AT-0752-13-4720-I-1 |
| Lesley G. Forman | AT-0752-13-4524-I-1 |
| M.C. English | AT-0752-13-4711-I-1 |
| Malinda L. Evans | AT-0752-13-4100-I-1 |
| Micah L. Garrett | AT-0752-13-5559-I-1 |

| | |
|---|---|
| Michael A. Gates | AT-0752-13-7023-I-1 |
| Michael C. Free | AT-0752-13-5951-I-1 |
| Octavia D. Francis | AT-0752-13-4575-I-1 |
| Pearlie C. Garrett | AT-0752-13-4840-I-1 |
| Perry T. Grissom | AT-0752-13-4995-I-1 |
| Randy D. Evans | AT-0752-13-6721-I-1 |
| Rhonda G. Galloway | AT-0752-13-6677-I-1 |
| Robert D. Gregg | AT-0752-13-4804-I-1 |
| Robert L. Griggs | AT-0752-13-4108-I-1 |
| Ronnie Wayne Embry | AT-0752-13-4035-I-1 |
| Rosie M. Garrett | AT-0752-13-4152-I-1 |
| Sammy D. Goss | AT-0752-13-5605-I-1 |
| Sheila Green | AT-0752-13-4121-I-1 |
| Shrene Funderburg | AT-0752-13-3790-I-1 |
| Tederral L. Forbes | AT-0752-13-7036-I-1 |
| Terry B. Groce | AT-0752-13-6369-I-1 |
| Timothy A. Fendley | AT-0752-13-5192-I-1 |
| Tyrrell M. Embry | AT-0752-13-4463-I-1 |
| Wiliam R. Graham | AT-0752-13-5829-I-1 |
| William E. English | AT-0752-13-4845-I-1 |
| William M. Goode | AT-0752-13-6499-I-1 |

APPENDIX D

IN RE  ANNISTON DEPOT, GROUP IV
AT-0752-14-0199-I-1

| | |
|---|---|
| Aaron T. Hagan | AT-0752-13-6724-I-1 |
| Alexander L. Henderson | AT-0752-13-4541-I-1 |
| Anthony E. Houzah | AT-0752-13-4502-I-1 |
| Anthony S. Hubbard | AT-0752-13-6614-I-1 |
| Arnold C. Honaker | AT-0752-13-3786-I-1 |
| Barry J. Houston | AT-0752-13-4154-I-1 |
| Billy E. Harris | AT-0752-13-6987-I-1 |
| Billy W. Hughes | AT-0752-13-4097-I-1 |
| Brady L. Hill | AT-0752-13-4500-I-1 |
| Brenda T. Hall | AT-0752-13-7014-I-1 |
| Bryan A. Haynes | AT-0752-13-0955-I-1 |
| Calvin W. Hunter | AT-0752-13-4134-I-1 |
| Cameron A. Heath | AT-0752-13-6166-I-1 |
| Carlos M. Hall | AT-0752-13-3196-I-1 |
| Chad W. Hunt | AT-0752-13-5288-I-1 |
| Charles Hubbard | AT-0752-13-6928-I-1 |
| Charles L. Holcombe | AT-0752-13-6583-I-1 |
| Christopher L. Hamilton | AT-0752-13-3817-I-1 |
| Christopher L. Hughes | AT-0752-13-6088-I-1 |
| Courtney G. Hodge | AT-0752-13-3295-I-1 |
| Datrica M. Hughley | AT-0752-13-4781-I-1 |
| David A. Henson | AT-0752-13-5727-I-1 |
| David T. Hunter | AT-0752-13-3861-I-1 |
| Dennis R. Hamilton | AT-0752-13-4487-I-1 |

| | |
|---|---|
| Dennis W. Hill | AT-0752-13-4235-I-1 |
| Desmond L. Hasberry | AT-0752-13-4645-I-1 |
| Earl R. Hutto | AT-0752-13-5971-I-1 |
| Earle E. Honea | AT-0752-13-4726-I-1 |
| Earnest J. Hall | AT-0752-13-6682-I-1 |
| Elton E. Hines | AT-0752-13-4166-I-1 |
| Ervin D. Herring | AT-0752-13-5419-I-1 |
| Ervin L. Hall | AT-0752-13-4977-I-1 |
| Felipe D. Hutchison | AT-0752-13-4842-I-1 |
| Gentle Handley | AT-0752-13-4051-I-1 |
| Glean L. Heath | AT-0752-13-5382-I-1 |
| Greggory M. Holland | AT-0752-13-6361-I-1 |
| Gregory E. Hart | AT-0752-13-5294-I-1 |
| Heather B. Howard | AT-0752-13-5146-I-1 |
| Jamar X. Hill | AT-0752-13-5213-I-1 |
| James D. Harris | AT-0752-13-3887-I-1 |
| James J. Heard | AT-0752-13-4101-I-1 |
| James M. Hanson | AT-0752-13-4862-I-1 |
| James R. Hargrave | AT-0752-13-5615-I-1 |
| Jared R. Hanner | AT-0752-13-4224-I-1 |
| Jarqueavus V. Holloway | AT-0752-13-4755-I-1 |
| Jeannette M. Ingram | AT-0752-13-6339-I-1 |
| Jereme D. Haynes | AT-0752-13-4231-I-1 |
| Jerome K. Hunt | AT-0752-13-3708-I-1 |
| Jessica R. Harris | AT-0752-13-3280-I-1 |
| Jones J. Hale | AT-0752-13-4586-I-1 |
| Joshua B. Holcomb | AT-0752-13-4987-I-1 |
| Joshua D. Henderson | AT-0752-13-4037-I-1 |
| Justin G. Honea | AT-0752-13-4678-I-1 |

| | |
|---|---|
| Katresha L. Hector | AT-0752-13-6056-I-1 |
| Kris D. Harris | AT-0752-13-5373-I-1 |
| LaShuntae N. Hines | AT-0752-13-3492-I-1 |
| Landon D. Holley | AT-0752-13-6238-I-1 |
| Lloyd A. Hughes | AT-0752-13-4858-I-1 |
| Malisa A. Haynes | AT-0752-13-3204-I-1 |
| Mark A. Horton | AT-0752-13-5108-I-1 |
| Matthew S. Hicks | AT-0752-13-4825-I-1 |
| Michael Humphries | AT-0752-13-4131-I-1 |
| Michael J. Hathorne | AT-0752-13-4118-I-1 |
| Michael Zachary Harrell | AT-0752-13-6346-I-1 |
| Mike A. Halcombe | AT-0752-13-5950-I-1 |
| Myrone D. Houston | AT-0752-13-4834-I-1 |
| Nathan A. Harper | AT-0752-13-5286-I-1 |
| Nicholas A. Hollingsworth | AT-0752-13-6047-I-1 |
| Patricia S. Haywood | AT-0752-13-4815-I-1 |
| Paul C. Harrell | AT-0752-13-3307-I-1 |
| Phillip B. Hill | AT-0752-13-5413-I-1 |
| Randy J. Hollingsworth | AT-0752-13-4170-I-1 |
| Regina L. Harris | AT-0752-13-7032-I-1 |
| Reginald W. Hill | AT-0752-13-2966-I-1 |
| Rickey G. Hudson | AT-0752-13-2968-I-1 |
| Ricky W. Harrelson | AT-0752-13-4529-I-1 |
| Robert G. Haynes | AT-0752-13-5073-I-1 |
| Russ B. Haynes | AT-0752-13-6562-I-1 |
| Russell W. Holliday | AT-0752-13-5761-I-1 |
| Sandra E. Hinton | AT-0752-13-4254-I-1 |
| Sandra W. Henry | AT-0752-13-6705-I-1 |
| Scottie L. Hines | AT-0752-13-4467-I-1 |

| | |
|---|---|
| Shadrach M. Harmon | AT-0752-13-3720-I-1 |
| Stacey W. Hill | AT-0752-13-6363-I-1 |
| Stephen D. Hudgins | AT-0752-13-4856-I-1 |
| Steven C. Homesley | AT-0752-13-4522-I-1 |
| Stevie N. Houston | AT-0752-13-4239-I-1 |
| Tamaria S. Hall | AT-0752-13-5261-I-1 |
| Terry T. Hudgins | AT-0752-13-3880-I-1 |
| Timothy E. Holley | AT-0752-13-5039-I-1 |
| Timothy L. Harris | AT-0752-13-6613-I-1 |
| Timothy M. Hancock | AT-0752-13-5371-I-1 |
| Timothy M. Hemrick | AT-0752-13-5913-I-1 |
| Timothy S. Hicks | AT-0752-13-5707-I-1 |
| Todd G. Hill | AT-0752-13-4956-I-1 |
| Vann S. Henderson | AT-0752-13-6609-I-1 |
| Wallace M. Horn | AT-0752-13-3843-I-1 |
| Wallace T. Hall | AT-0752-13-3423-I-1 |
| William C. Holderfield | AT-0752-13-4826-I-1 |
| William D. Ivey | AT-0752-13-6071-I-1 |
| William H. Hill | AT-0752-13-3426-I-1 |
| William K. Haney | AT-0752-13-4764-I-1 |
| Yvonne Hall | AT-0752-13-5665-I-1 |
| Zachery A. Huff | AT-0752-13-4875-I-1 |

APPENDIX E

In Re Anniston Depot, Group 5
AT-0752-14-0213-I-1


| | |
|---|---|
| Alfred Jemison | AT-0752-13-4109-I-1 |
| Amanda F. Jones | AT-0752-13-5368-I-1 |
| Angela Jones | AT-0752-13-4217-I-1 |
| Antonio L. Jones | AT-0752-13-5986-I-1 |
| Belinda T. Lee | AT-0752-13-6951-I-1 |
| Billy J. Jemison | AT-0752-13-4746-I-1 |
| Billy L. Lane | AT-0752-13-4133-I-1 |
| Blake O'Neal Lackey | AT-0752-13-4042-I-1 |
| Bobby BJ Jackson | AT-0752-13-4246-I-1 |
| Booker T. Lee | AT-0752-13-5734-I-1 |
| Brandon S. Luckado | AT-0752-13-5661-I-1 |
| Breanna M. Livingston | AT-0752-13-4817-I-1 |
| Brenda G. Jackson | AT-0752-13-6626-I-1 |
| Brenda Lloyd | AT-0752-13-3513-I-1 |
| Brian A. Leonard | AT-0752-13-6246-I-1 |
| Chad E. Johnson | AT-0752-13-2967-I-1 |
| Christopher Kidd | AT-0752-13-4479-I-1 |
| Corey Jenkins | AT-0752-13-4535-I-1 |
| Dana M. Lipham | AT-0752-13-5103-I-1 |
| Daniel A. Lee | AT-0752-13-5269-I-1 |
| Danny R. Littlejohn | AT-0752-13-4180-I-1 |
| Darryl M. Johnson | AT-0752-13-6169-I-1 |
| David A. Kirby | AT-0752-13-4578-I-1 |
| David Wayne Johnson | AT-0752-13-6167-I-1 |

| | |
|---|---|
| Deon L. Lowe | AT-0752-13-4115-I-1 |
| Eddie J. Jackson | AT-0752-13-6573-I-1 |
| Edwin D. Jordan | AT-0752-13-4832-I-1 |
| Elizabeth A. Keith | AT-0752-13-6632-I-1 |
| Felton J. Lindsey | AT-0752-13-6826-I-1 |
| Gary L. Law | AT-0752-13-6368-I-1 |
| Hank R. Jobson | AT-0752-13-4116-I-1 |
| Jacqueline F. Johnson | AT-0752-13-6732-I-1 |
| James D. Jordan | AT-0752-13-4240-I-1 |
| James F. Kilmartin | AT-0752-13-4247-I-1 |
| Jason C. Lipham | AT-0752-13-5380-I-1 |
| Jason P. Joiner | AT-0752-13-5226-I-1 |
| Jeffery Scott Kay | AT-0752-13-4005-I-1 |
| Jeffrey G. Lewis | AT-0752-13-4796-I-1 |
| Jeremy S. Johnson | AT-0752-13-4841-I-1 |
| Jerome D. Kelley | AT-0752-13-5985-I-1 |
| Jerre W. Ledbetter | AT-0752-13-3461-I-1 |
| John B. Lusk | AT-0752-13-5451-I-1 |
| John R. Klinner | AT-0752-13-5071-I-1 |
| John W. Knee | AT-0752-13-4191-I-1 |
| Jujuan D. Jones | AT-0752-13-4527-I-1 |
| Justin S. Lathem | AT-0752-13-5162-I-1 |
| Kathy L. Ledbetter | AT-0752-13-6362-I-1 |
| Keith D. Roderick | AT-0752-13-6577-I-1 |
| Leonard D. Leahey | AT-0752-13-3879-I-1 |
| Leondric D. Johnson | AT-0752-13-5397-I-1 |
| Lowell Jennings | AT-0752-13-4223-I-1 |
| Malachi R. King | AT-0752-13-4504-I-1 |
| Malcolm L. Lindsey | AT-0752-13-4777-I-1 |

| | |
|---|---|
| Martha W. Lipham | AT-0752-13-5594-I-1 |
| Matthew K. Jones | AT-0752-13-4471-I-1 |
| Matthew T. Jackson | AT-0752-13-5353-I-1 |
| Melody C. Lloyd | AT-0752-13-5217-I-1 |
| Michael E. Lee | AT-0752-13-6518-I-1 |
| Michael K. Ledbetter | AT-0752-13-4846-I-1 |
| Patsy A. Johnson | AT-0752-13-6623-I-1 |
| Phillip D. Johnson | AT-0752-13-6594-I-1 |
| Phillip W. King | AT-0752-13-4789-I-1 |
| Randy B. Leahey | AT-0752-13-5062-I-1 |
| Richard H. Loggins | AT-0752-13-3707-I-1 |
| Richard R. Kalina | AT-0752-13-5096-I-1 |
| Ricky L. Littlejohn | AT-0752-13-4251-I-1 |
| Roger D. Jones | AT-0752-13-6344-I-1 |
| Ronald L. Lewallen | AT-0752-13-4165-I-1 |
| Ronald Loveberry | AT-0752-13-6722-I-1 |
| Ryon V. Jones | AT-0752-13-4466-I-1 |
| Sherlyn R. Johnson | AT-0752-13-4248-I-1 |
| Stephen W. Loos | AT-0752-13-6350-I-1 |
| Timothy W. Lipham | AT-0752-13-4159-I-1 |
| Tonia E. Kelley | AT-0752-13-3170-I-1 |
| Tromarcus A. Lyles | AT-0752-13-5274-I-1 |
| William B. Knopp | AT-0752-13-4177-I-1 |
| William D. Jackson | AT-0752-13-5884-I-1 |
| William G. Knopp | AT-0752-13-5606-I-1 |

APPENDIX F

IN RE  ANNISTON DEPOT, GROUP 6
AT-0752-14-0293-I-1


| | |
|---|---|
| Andrew B. Moreland | AT-0752-13-3276-I-1 |
| Barry Jason Morgan | AT-0752-13-6674-I-1 |
| Barry W. Nolen | AT-0752-13-5616-I-1 |
| Billy L. Nelson | AT-0752-13-4661-I-1 |
| Bobby J. Norris | AT-0752-13-3292-I-1 |
| Bobby L. Mitchell | AT-0752-13-3882-I-1 |
| Boyd W. McMurrey | AT-0752-13-6347-I-1 |
| Brandon G. Marshall | AT-0752-13-6633-I-1 |
| Brandon R. Masters | AT-0752-13-6738-I-1 |
| Brien W. Muller | AT-0752-13-4505-I-1 |
| Carlo T. Moore | AT-0752-13-5703-I-1 |
| Casey T. Martin | AT-0752-13-4688-I-1 |
| Chad R. Meharg | AT-0752-13-3711-I-1 |
| Charles McKinney | AT-0752-13-6625-I-1 |
| Christopher R. Nelson | AT-0752-13-4530-I-1 |
| Dale L. Mitchell | AT-0752-13-4801-I-1 |
| Daniel R. Mitchell | AT-0752-13-4261-I-1 |
| Daniel S. Mangham | AT-0752-13-4256-I-1 |
| Danny Machen | AT-0752-13-3490-I-1 |
| Darryl K. Martin | AT-0752-13-5178-I-1 |
| Debora W. Mitchell | AT-0752-13-4176-I-1 |
| Dennis J. Mundy | AT-0752-13-5438-I-1 |
| Dennis L. McGee | AT-0752-13-5562-I-1 |
| Derrick M. Montgomery | AT-0752-13-6734-I-1 |

| | |
|---|---|
| Desmond K. Newton | AT-0752-13-6241-I-1 |
| Dexter Tyrone Nix | AT-0752-13-5379-I-1 |
| Edward M. Mosley | AT-0752-13-3211-I-1 |
| Eric G. Nunnelly | AT-0752-13-5199-I-1 |
| Erik S. McClellan | AT-0752-13-6218-I-1 |
| Frank E. Mitchell | AT-0752-13-4160-I-1 |
| Gary F. Martin | AT-0752-13-6114-I-1 |
| Gerry R. McDonald | AT-0752-13-5085-I-1 |
| Gloria J. Newton | AT-0752-13-4192-I-1 |
| Gregory J. Murphy | AT-0752-13-5972-I-1 |
| Harrow J. Miller | AT-0752-13-4499-I-1 |
| Henri McKinney | AT-0752-13-5378-I-1 |
| Horace D. Mangham | AT-0752-13-6824-I-1 |
| Ira J. McElderry | AT-0752-13-5250-I-1 |
| Jacqueline D. Martin | AT-0752-13-4507-I-1 |
| Jamie D. Nadeau | AT-0752-13-4990-I-1 |
| Janice J. Maffett | AT-0752-13-5204-I-1 |
| Jarvis E. Minniefield | AT-0752-13-7326-I-1 |
| Jason R. Martin | AT-0752-13-6116-I-1 |
| Jeremy L. Nelson | AT-0752-13-4517-I-1 |
| Jermarale D. McGhee | AT-0752-13-6338-I-1 |
| Jimmie L. McCoy | AT-0752-13-4110-I-1 |
| Jon J. Mitcham | AT-0752-13-6355-I-1 |
| Jonathan A. McVey | AT-0752-13-5229-I-1 |
| Joseph R. McElrath | AT-0752-13-5418-I-1 |
| Julius W. Mallard | AT-0752-13-6545-I-1 |
| Kendarius L. McNeal | AT-0752-13-7328-I-1 |
| Kennie D. Miller | AT-0752-13-4174-I-1 |
| Kimberly M. Moore | AT-0752-13-6665-I-1 |

| | |
|---|---|
| LaSandra T. Mosley | AT-0752-13-5905-I-1 |
| Larry W. Milam | AT-0752-13-6082-I-1 |
| Lucretia F. Moses | AT-0752-13-4043-I-1 |
| Mandy E. Martin | AT-0752-13-6153-I-1 |
| Marciann L. Manley | AT-0752-13-6192-I-1 |
| Marcus Montgomery | AT-0752-13-2970-I-1 |
| Mario A. Moffa | AT-0752-13-3713-I-1 |
| Marvin W. McGee | AT-0752-13-4120-I-1 |
| Matthew W. Martin | AT-0752-13-5358-I-1 |
| Michael A. Miller | AT-0752-13-4537-I-1 |
| Michael B. Mathews | AT-0752-13-4544-I-1 |
| Mihwa C. Nail | AT-0752-13-5728-I-1 |
| Nadine C. Maxwell | AT-0752-13-5289-I-1 |
| Paul Montgomery | AT-0752-13-6916-I-1 |
| Phillip T. Morrison | AT-0752-13-4017-I-1 |
| Ralph G. Nance | AT-0752-13-4830-I-1 |
| Randy B. Murray | AT-0752-13-7331-I-1 |
| Robert B. McDaniel | AT-0752-13-5964-I-1 |
| Roderick T. Montgomery | AT-0752-13-4252-I-1 |
| Rontavius D. McGhee | AT-0752-13-5858-I-1 |
| Sabra S. Mosley | AT-0752-13-4788-I-1 |
| Shankita L. Mims | AT-0752-13-5440-I-1 |
| Shelia D. Moore | AT-0752-13-4264-I-1 |
| Sonya J. McNealey | AT-0752-13-4656-I-1 |
| Steven D. Morris | AT-0752-13-6717-I-1 |
| Terance Montgomery | AT-0752-13-3366-I-1 |
| Terry Newton | AT-0752-13-5458-I-1 |
| Timothy R. Morgan | AT-0752-13-3181-I-1 |
| Tola A. Nunn | AT-0752-13-4117-I-1 |

| | |
|---|---|
| Tony E. Martin | AT-0752-13-4169-I-1 |
| Tracy A. Mastin | AT-0752-13-6199-I-1 |
| Tynittea B. Moore | AT-0752-13-6235-I-1 |
| Victor A. Nunez | AT-0752-13-3365-I-1 |
| Willa M. Mason | AT-0752-13-6772-I-1 |
| William C. Mink | AT-0752-13-4519-I-1 |
| William D. Mason | AT-0752-13-5865-I-1 |
| Willie B. Nunn | AT-0752-13-5384-I-1 |
| Willis Martin | AT-0752-13-4143-I-1 |
| Wyattnette Y. Mathews | AT-0752-13-4181-I-1 |

APPENDIX G

IN RE ANNISTON DEPOT, GROUP VII
AT-0752-14-0166-I-1


| | |
|---|---|
| Alan L. Overton | AT-0752-13-4215-I-1 |
| Avery Robertson | AT-0752-13-4011-I-1 |
| Berlon R. Rice | AT-0752-13-5079-I-1 |
| Beulah M. Ranson | AT-0752-13-6764-I-1 |
| Billy T. Ralph | AT-0752-13-4972-I-1 |
| Bobby J. Pearson | AT-0752-13-3447-I-1 |
| Brad L. Orman | AT-0752-13-5113-I-1 |
| Brandon J. Reynolds | AT-0752-13-5983-I-1 |
| Brian D. Ray | AT-0752-13-4448-I-1 |
| Brittany W. Rogers | AT-0752-13-4462-I-1 |
| Carl E. Parton | AT-0752-13-7010-I-1 |
| Carwarren A. Pearson | AT-0752-13-6360-I-1 |
| Clinton N. Pike | AT-0752-13-3722-I-1 |
| Cody D. Roberts | AT-0752-13-6336-I-1 |
| Dale K. Poe | AT-0752-13-6366-I-1 |
| Daniel J. Rice | AT-0752-13-6357-I-1 |
| Dennis R. Pounders | AT-0752-13-6395-I-1 |
| Dennis S. Ogle | AT-0752-13-6729-I-1 |
| Derrick B. Richardson | AT-0752-13-6636-I-1 |
| Deyampert Reynolds | AT-0752-13-3353-I-1 |
| Earline O. Penn | AT-0752-13-5831-I-1 |
| Elliott E. Patillo | AT-0752-13-4132-I-1 |
| Emory B. O'Neal | AT-0752-13-5991-I-1 |
| Ernest E. Pitts | AT-0752-13-5105-I-1 |

| | |
|---|---|
| Everett R. Pearson | AT-0752-13-4982-I-1 |
| Felicia Pope | AT-0752-13-6354-I-1 |
| Flossie P. Pearson | AT-0752-13-3205-I-1 |
| Floyd C. Omstead | AT-0752-13-4200-I-1 |
| Frederick L. Pope | AT-0752-13-5956-I-1 |
| Garry P. Ogle | AT-0752-13-4543-I-1 |
| Gary J. Pickett | AT-0752-13-4185-I-1 |
| Gary Penn | AT-0752-13-3523-I-1 |
| Gloria A. Rush | AT-0752-13-4210-I-1 |
| Gloria J. Prince | AT-0752-13-6673-I-1 |
| Harold D. Rhoden | AT-0752-13-4780-I-1 |
| Horace W. Roberts | AT-0752-13-6269-I-1 |
| Howard J. Rainey | AT-0752-13-6723-I-1 |
| James L. Player | AT-0752-13-4124-I-1 |
| James L. Richardson | AT-0752-13-4528-I-1 |
| James M. Owens | AT-0752-13-4475-I-1 |
| James M. Parker | AT-0752-13-4802-I-1 |
| Janet M. Pernell | AT-0752-13-5713-I-1 |
| Jason C. Oliver | AT-0752-13-6949-I-1 |
| Jeffery Phillips | AT-0752-13-6828-I-1 |
| Jeffrey T. Porter | AT-0752-13-4122-I-1 |
| Jesse T. Perez | AT-0752-13-6174-I-1 |
| Joseph M. Robertson | AT-0752-13-6646-I-1 |
| Joseph T. Robinson | AT-0752-13-3780-I-1 |
| Justin R. Owen | AT-0752-13-6719-I-1 |
| Keenon R. Patterson | AT-0752-13-6585-I-1 |
| Kenneth E. Pinson | AT-0752-13-6544-I-1 |
| Lee B. Parris | AT-0752-13-6491-I-1 |
| Mary R. Robertson | AT-0752-13-3763-I-1 |

| | |
|---|---|
| Melissa D. Pryce | AT-0752-13-6550-I-1 |
| Melissa V. Pinson | AT-0752-13-6543-I-1 |
| Michael A. Powell | AT-0752-13-6569-I-1 |
| Michael A. Reynolds | AT-0752-13-4112-I-1 |
| Michael E. Reedy | AT-0752-13-3428-I-1 |
| Michael L. Payne | AT-0752-13-7725-I-1 |
| Milton L. Ragland | AT-0752-13-5233-I-1 |
| Nathaniel Prater | AT-0752-13-6588-I-1 |
| Norris Rolax | AT-0752-13-3313-I-1 |
| Norris W. Parton | AT-0752-13-5974-I-1 |
| Octavious M. Porter | AT-0752-13-4812-I-1 |
| Richard J. Payne | AT-0752-13-4547-I-1 |
| Robert R. Pagniello | AT-0752-13-6718-I-1 |
| Rolyn A. Pearson | AT-0752-13-6378-I-1 |
| Ronald J. Reynolds | AT-0752-13-4213-I-1 |
| Samuel E. Ramsey | AT-0752-13-6076-I-1 |
| Sherri O. Roberts | AT-0752-13-3257-I-1 |
| Sherry A. Prickett | AT-0752-13-3898-I-1 |
| Steven W. Roper | AT-0752-13-6197-I-1 |
| Talor O. Petitt | AT-0752-13-5128-I-1 |
| Tarik S. Patterson | AT-0752-13-3345-I-1 |
| Terrilyn L. Reynolds | AT-0752-13-3716-I-1 |
| Terriss L. Prince | AT-0752-13-6041-I-1 |
| Terry R. Pulford | AT-0752-13-4900-I-1 |
| Thomas D. Renfroe | AT-0752-13-4888-I-1 |
| Timothy L. Palmore | AT-0752-13-4161-I-1 |
| Tommy L. Russell | AT-0752-13-4770-I-1 |
| Tracy A. Parris | AT-0752-13-4844-I-1 |
| Tracy Parker | AT-0752-13-6578-I-1 |

| | |
|---|---|
| Van S. Roberts | AT-0752-13-5280-I-1 |
| Veronica R. Porter | AT-0752-13-4484-I-1 |
| Wendell C. Owens | AT-0752-13-6914-I-1 |
| William C. Robertson | AT-0752-13-5117-I-1 |
| William E. Pentecost | AT-0752-13-5049-I-1 |
| William L. Reeves | AT-0752-13-6809-I-1 |

APPENDIX H

IN RE  ANNISTON DEPOT, GROUP 8

AT-0752-14-0240-I-1


| Adam M. Traywick | AT-0752-13-6337-I-1 |
|---|---|
| Anthony Singleton | AT-0752-13-3775-I-1 |
| Anthony T. Sitz | AT-0752-13-4461-I-1 |
| Archie S. Thomason | AT-0752-13-6372-I-1 |
| Aubrey L. Shears | AT-0752-13-7108-I-1 |
| Ben Stewart | AT-0752-13-5362-I-1 |
| Brant W. Tankersley | AT-0752-13-3717-I-1 |
| Brena M. Tyner | AT-0752-13-6758-I-1 |
| Caleb M. Thompson | AT-0752-13-4791-I-1 |
| Carolyn A. Truss | AT-0752-13-4070-I-1 |
| Christopher W. Swann | AT-0752-13-5824-I-1 |
| Clarence J. Street | AT-0752-13-4482-I-1 |
| Clayton W. Sargent | AT-0752-13-6370-I-1 |
| Clifton Stansell | AT-0752-13-4009-I-1 |
| Clyde E. Stone | AT-0752-13-4204-I-1 |
| Colt A. Turner | AT-0752-13-6065-I-1 |
| Coty A. Taylor | AT-0752-13-6104-I-1 |
| Danyell M. Threatt | AT-0752-13-2961-I-1 |
| Darrell Smoot | AT-0752-13-5896-I-1 |
| David A. Stark | AT-0752-13-6131-I-1 |
| DeMarquis R. Smith | AT-0752-13-6814-I-1 |
| Demetrius L. Tuck | AT-0752-13-3275-I-1 |
| Dequarious Truss | AT-0752-13-6645-I-1 |
| Derek J. Simmons | AT-0752-13-3727-I-1 |

| | |
|---|---|
| Derico D. Thomas | AT-0752-13-6052-I-1 |
| Derrek E. Stilwell | AT-0752-13-5158-I-1 |
| Desmond L. Taylor | AT-0752-13-4501-I-1 |
| Diane Thrower-Marsh | AT-0752-13-4822-I-1 |
| Donald W. Sherbert | AT-0752-13-7021-I-1 |
| Dorothy N. Suttle | AT-0752-13-6351-I-1 |
| Edith R. Smith | AT-0752-13-4140-I-1 |
| Eric D. Smitherman | AT-0752-13-6048-I-1 |
| Frank Thomas | AT-0752-13-7025-I-1 |
| Freddie Smith | AT-0752-13-3823-I-1 |
| Gary W. Thrash | AT-0752-13-4647-I-1 |
| Gayla L. Street | AT-0752-13-5298-I-1 |
| Glen M. Smith | AT-0752-13-4135-I-1 |
| Greg E. Smitherman | AT-0752-13-6641-I-1 |
| Gregory St. John | AT-0752-13-4039-I-1 |
| James B. Skinner | AT-0752-13-4187-I-1 |
| James B. Smith | AT-0752-13-4545-I-1 |
| James R. Sarratt | AT-0752-13-6815-I-1 |
| James W. Traywick | AT-0752-13-5277-I-1 |
| Jamie L. Snow | AT-0752-13-3206-I-1 |
| Jason N. Thornhill | AT-0752-13-5537-I-1 |
| Jermaine M. Threatt | AT-0752-13-5744-I-1 |
| Jerome Shealey | AT-0752-13-5949-I-1 |
| Jerry Satcher | AT-0752-13-4173-I-1 |
| Jerutha A. Strong | AT-0752-13-5139-I-1 |
| Jesse R. Smith | AT-0752-13-5109-I-1 |
| Jesse S. Taylor | AT-0752-13-3291-I-1 |
| John T. Swain | AT-0752-13-5791-I-1 |
| Jonathan S. Smith | AT-0752-13-6943-I-1 |

| | |
|---|---|
| Jordan D. Tarver | AT-0752-13-6333-I-1 |
| Joseph E. Tidwell | AT-0752-13-6638-I-1 |
| Josh J. Stephens | AT-0752-13-3732-I-1 |
| Julius M. Thomas | AT-0752-13-3433-I-1 |
| Katrenia E. Swink | AT-0752-13-5969-I-1 |
| Kendall D. Swain | AT-0752-13-5677-I-1 |
| Kenneth A. Samples | AT-0752-13-5163-I-1 |
| Kenneth B. Swain | AT-0752-13-3738-I-1 |
| Kenneth R. Turner | AT-0752-13-4163-I-1 |
| Kenneth Swain | AT-0752-13-5148-I-1 |
| Kimberly F. Smoot | AT-0752-13-4040-I-1 |
| Larry C. Simmons | AT-0752-13-5367-I-1 |
| Larry E. Stanley | AT-0752-13-5370-I-1 |
| Leslie D. Turner-Johnson | AT-0752-13-6668-I-1 |
| Lloyd B. Tucker | AT-0752-13-3797-I-1 |
| Mark D. Thornton | AT-0752-13-6334-I-1 |
| Mark Thomas | AT-0752-13-6808-I-1 |
| Mary G. Turley | AT-0752-13-6161-I-1 |
| Megan A. Singleton | AT-0752-13-6813-I-1 |
| Michael A. Turner | AT-0752-13-4550-I-1 |
| Michael D. Shulch | AT-0752-13-3568-I-1 |
| Michael D. Swain | AT-0752-13-5649-I-1 |
| Michael V. Sanders | AT-0752-13-6352-I-1 |
| Natasha D. Terrell | AT-0752-13-5219-I-1 |
| Naufley L. Twymon | AT-0752-13-5461-I-1 |
| Phillip D. Swain | AT-0752-13-6611-I-1 |
| Phillip D. Thompson | AT-0752-13-5403-I-1 |
| Richard E. Stedham | AT-0752-13-6811-I-1 |
| Robert B. Strickland | AT-0752-13-4130-I-1 |

| | |
|---|---|
| Robert S. Stewart | AT-0752-13-6364-I-1 |
| Roderick L. Sutton | AT-0752-13-5100-I-1 |
| Samuel O. Smith | AT-0752-13-6095-I-1 |
| Santa Maria Hughley Twymon | AT-0752-13-4506-I-1 |
| Scott D. Schmick | AT-0752-13-4533-I-1 |
| Stanley K. Turner | AT-0752-13-4686-I-1 |
| Terry L. Scruggs | AT-0752-13-5243-I-1 |
| Terry L. Taylor | AT-0752-13-4209-I-1 |
| Terry L. Thomas | AT-0752-13-6446-I-1 |
| Terry W. Truss | AT-0752-13-4969-I-1 |
| Thomas B. Sherbert | AT-0752-13-4107-I-1 |
| Thomas R. Scott | AT-0752-13-5955-I-1 |
| Thomas T. Thompson | AT-0752-13-4795-I-1 |
| Timothy M. Smith-Lindsey | AT-0752-13-7110-I-1 |
| Tina M. Truss | AT-0752-13-5292-I-1 |
| Toney K. Twymon | AT-0752-13-4652-I-1 |
| Tony R. Starling | AT-0752-13-3725-I-1 |
| Trina W. Thomas | AT-0752-13-3559-I-1 |
| Troy N. Seeger | AT-0752-13-5284-I-1 |
| Vanessa A. Strickland | AT-0752-13-5381-I-1 |
| Vickye L. Suttle | AT-0752-13-6691-I-1 |
| Wanda F. Turner | AT-0752-13-5545-I-1 |
| Willaim E. Spicer | AT-0752-13-3289-I-1 |
| William D. Thrash | AT-0752-13-6341-I-1 |
| William T. Threatt | AT-0752-13-3878-I-1 |
| Willie C. Sanders | AT-0752-13-5939-I-1 |
| Willie C. Taylor | AT-0752-13-4489-I-1 |
| Willie Simmons | AT-0752-13-4539-I-1 |

APPENDIX I

IN RE  ANNISTON DEPOT, GROUP 9
AT-0752-14-0301-I-1

| | |
|---|---|
| Andrew D. Waggoner | AT-0752-13-5402-I-1 |
| Andy J. Westphalen | AT-0752-13-4105-I-1 |
| Anthony S. Wright | AT-0752-13-6655-I-1 |
| Barry L. Williams | AT-0752-13-4491-I-1 |
| Benjamin A. Watson | AT-0752-13-6659-I-1 |
| Brian H. Vice | AT-0752-13-5190-I-1 |
| Broderick D. Wallace | AT-0752-13-6707-I-1 |
| Bronson E. Vice | AT-0752-13-3509-I-1 |
| Bruce D. Ward Sr | AT-0752-13-4741-I-1 |
| Carl Walker | AT-0752-13-4202-I-1 |
| Casey B. Yarbrough | AT-0752-13-4148-I-1 |
| Cedric White | AT-0752-13-6584-I-1 |
| Charles J. Willis | AT-0752-13-6821-I-1 |
| Charles Whitehead | AT-0752-13-4861-I-1 |
| Charzinski D. Ware | AT-0752-13-7325-I-1 |
| Chester Weeks | AT-0752-13-3724-I-1 |
| Christopher D. Willis | AT-0752-13-6945-I-1 |
| Clay A. Usher | AT-0752-13-6601-I-1 |
| Danny A. Wautelet | AT-0752-13-3735-I-1 |
| Danny F. Works | AT-0752-13-2969-I-1 |
| Danny R. Whitten | AT-0752-13-6695-I-1 |
| Darrell W. Watkins | AT-0752-13-4456-I-1 |
| David E. White | AT-0752-13-5198-I-1 |
| David W. Wilkes | AT-0752-13-4526-I-1 |

| | |
|---|---|
| Destry B. White | AT-0752-13-5203-I-1 |
| Diane D. Wood | AT-0752-13-6679-I-1 |
| Donna C. Vice | AT-0752-13-3494-I-1 |
| Donnie G. Wright | AT-0752-13-4155-I-1 |
| Dustin P. Willis | AT-0752-13-4104-I-1 |
| Eddie L. Woodruff | AT-0752-13-7137-I-1 |
| Eric D. Waters | AT-0752-13-7040-I-1 |
| Eric N. Woods | AT-0752-13-4196-I-1 |
| Garry B. Wills | AT-0752-13-5655-I-1 |
| Geoffrey A. Waldrop | AT-0752-13-4119-I-1 |
| Gilbert Vincent | AT-0752-13-4449-I-1 |
| Glen L. Williams | AT-0752-13-4454-I-1 |
| Hershel M. Womack | AT-0752-13-4754-I-1 |
| Howard P. Watts | AT-0752-13-4229-I-1 |
| Jacob W. Waldrop | AT-0752-13-5977-I-1 |
| James C. Woods | AT-0752-13-3726-I-1 |
| Jeremy S. Wolf | AT-0752-13-6711-I-1 |
| Joe C. Young | AT-0752-13-6342-I-1 |
| Joel A. Wood | AT-0752-13-6365-I-1 |
| John D. Witherspoon | AT-0752-13-4655-I-1 |
| John K. Wood | AT-0752-13-6817-I-1 |
| John W. Upner | AT-0752-13-5170-I-1 |
| Jon B. Woodward | AT-0752-13-0946-I-1 |
| Jonathon E. Vaughn | AT-0752-13-3715-I-1 |
| Joseph B. Underwood | AT-0752-13-6581-I-1 |
| Joseph M. Westbrook | AT-0752-13-4219-I-1 |
| Kattie I. Young | AT-0752-13-4142-I-1 |
| Kenneth C. Weigel | AT-0752-13-5223-I-1 |
| Louis L. Wilson | AT-0752-13-5300-I-1 |

| | |
|---|---|
| Marcus W. Williams | AT-0752-13-6920-I-1 |
| Marcus Wilson | AT-0752-13-2965-I-1 |
| MaryJane White | AT-0752-13-5756-I-1 |
| Matthew J. Weeks | AT-0752-13-4792-I-1 |
| Meldric D. Wilson | AT-0752-13-6631-I-1 |
| Michael S. Williams | AT-0752-13-4807-I-1 |
| Mitchell S. Workman | AT-0752-13-6689-I-1 |
| Nathaniel Williams | AT-0752-13-4139-I-1 |
| Nelson H. Vice | AT-0752-13-3358-I-1 |
| Olaf Welch | AT-0752-13-5849-I-1 |
| Quincy M. White | AT-0752-13-6171-I-1 |
| Reggie K. Williams | AT-0752-13-7029-I-1 |
| Richard P. Willingham | AT-0752-13-3308-I-1 |
| Ricky J. Wilson | AT-0752-13-5388-I-1 |
| Robert B. Wilkins | AT-0752-13-6353-I-1 |
| Robert H. Walker | AT-0752-13-4476-I-1 |
| Roderick Wills | AT-0752-13-4243-I-1 |
| Ronald R. Williams | AT-0752-13-6060-I-1 |
| Samuel B. Wilson | AT-0752-13-5662-I-1 |
| Stephen J. Willett | AT-0752-13-5168-I-1 |
| Steven C. Workman | AT-0752-13-5063-I-1 |
| Stevie S. Woods | AT-0752-13-4221-I-1 |
| Takosha N. Williamson | AT-0752-13-5408-I-1 |
| Terry L. William | AT-0752-13-4146-I-1 |
| Theresa Whitson | AT-0752-13-6743-I-1 |
| Tolly R. Walker | AT-0752-13-6775-I-1 |
| Tracy L. Walker | AT-0752-13-3818-I-1 |
| Victor B. Williams | AT-0752-13-4518-I-1 |
| Waymon E. Waller | AT-0752-13-4882-I-1 |

| | |
|---|---|
| Wilby Wallace | AT-0752-13-4816-I-1 |
| William G. Watson | AT-0752-13-3748-I-1 |
| William L. Wells | AT-0752-13-4740-I-1 |

APPENDIX J

IN RE  ANNISTON DEPOT, GROUP X
AT-0752-14-0194-I-1


| | |
|---|---|
| Alfonza Curry | AT-0752-13-7330-I-1 |
| Bobby R. Smith | AT-0752-13-5412-I-1 |
| Bradley M. Pike | AT-0752-13-6727-I-1 |
| Brenda J. Donner | AT-0752-13-6676-I-1 |
| Britt J. Davis | AT-0752-13-7030-I-1 |
| Charles R. Schultz | AT-0752-13-5255-I-1 |
| Christopher R. Rogers | AT-0752-13-6373-I-1 |
| Dean T. Parry | AT-0752-13-7103-I-1 |
| Dennis R. Sexton | AT-0752-13-6819-I-1 |
| Keith D. Strong | AT-0752-13-5842-I-1 |
| Marlon A. McCraney | AT-0752-13-3884-I-1 |
| Nigel B. Raines | AT-0752-13-6688-I-1 |
| Paul J. Andrews | AT-0752-13-5448-I-1 |
| Rosalind E. Weathers | AT-0752-13-6274-I-1 |
| Scott A. Cody | AT-0752-13-6119-I-1 |
| William Denny | AT-0752-13-6913-I-1 |
| Willie C. Johniken | AT-0752-13-4113-I-1 |
| Winfred W. Richardson | AT-0752-13-4839-I-1 |